UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x

ST. JOHN'S UNIVERSITY, NEW YORK

              Plaintiff,

-against-

ERIC WARREN GOLDMAN, as personal
representative for the Estate of Sanford M. Bolton;
HYGROSOL PHARMACEUTICAL CORP.; and
SPIRIDON SPIREAS,

             Defendants.

----------------------------------------x

**STIPULATION OF**
**<u>DISMISSAL WITH PREJUDICE</u>**

Docket No. 08 Civ. 5039 (NGG)(JMA)

      IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff St. John's University, New York ("STJ") and Defendants Eric Warren Goldman, as personal representative for the Estate of Sanford M. Bolton, Hygrosol Pharmaceutical Corp., and Spiridon Spireas, through their respective undersigned counsel of record, that, the captioned litigation having been settled by a Settlement Agreement and Release effective January 16, 2015 (and as amended between STJ and the Estate by the November 4, 2016 "Agreement Related to Settlement Agreement and Release") ("Settlement Agreement"), all claims between STJ and Defendants in this action are hereby dismissed with prejudice, including all claims and counterclaims asserted between such parties therein, or that could have been asserted between such parties therein, without costs, disbursements, expenses, or attorneys' fees to any party, subject only to the Settlement Agreement.

This Stipulation may be signed in counterparts, with each part being deemed part of the whole. Facsimile signatures on this Stipulation shall be deemed as originals.

Dated: Great Neck, New York
November 15, 2018

GARFUNKEL WILD, P.C.
*Attorneys for Plaintiff St. John's University, New York*

By: _____
Michael J. Keane
111 Great Neck Road
Great Neck, New York 11021

Dated: New York, New York
November 14, 2018

HUGHES HUBBARD & REED
*Attorneys for Defendant Spiridon Spireas and Hygrosol Pharmaceutical Corp.*

By: _____
George A. Tsougarakis
One Battery Park Plaza
New York, New York 10004

Dated: Tucson, Arizona
November 14, 2018

SNELL & WILMER L.L.P.
*Attorneys for Defendant Eric Warren Goldman, As Personal Representative for the Estate of Sanford M. Bolton*

_____
Kevin Parker
One South Church Avenue, Suite 1500
Tucson, Arizona 85701

2